PROB 12B
(7/93)

**United States District Court**

for the

**Eastern District of Washington**

Report Date: October 12, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rodney Joseph Pacheco          Case Number: 2:11CR00033-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 9/20/2012             Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B)     Date Supervision Commenced: 9/20/2012

Original Sentence: Prison - 1 Day                Date Supervision Expires: LIFE

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

23   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**CAUSE**

Recent contact with Mr. Pacheco suggests that the above-mentioned modification is appropriate. In an attempt to provide Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Rodney Pacheco was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Pacheco has agreed to the proposed modifications.

It is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Supervised Release be adopted requiring Rodney Pacheco to participate in mental health treatment at the direction of the U.S. Probation Office.

Prob 12B
Re: Pacheco, Rodney Joseph
October 12, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/12/2012

Tommy Rosser

Tommy Rosser
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

10/15/2012
Date